## *In re* CITIZENS' WATER-WORKS CO.

*(Supreme Court, General Term, Second Department. July 2, 1891.)*

APPEAL—PRACTICE—MOTION FOR REARGUMENT.

    A motion for the reargument of a cause decided by the general term of the supreme court of New York cannot be therein made after an appeal has been taken to the court of appeals.

Motion for reargument.

Application by the Citizens' Water Works Company to condemn lands of David Parry and another. The application was denied by the special term, an appeal taken, and the order of the court below affirmed. From the order of affirmance an appeal was taken to the court of appeals, after which appellant moved for a reargument of the appeal from the special term. For former reports see 13 N. Y. Supp. 471, 490.

Argued before DYKMAN and PRATT, JJ.

*Bangs, Stetson, Tracy & MacVeagh,* (*Calvin Frost* and *C. E. Tracy,* or counsel,) for appellant. *A. H. F. Seeger,* for respondent.

DYKMAN, J. Before the order to show cause why a reargument should not be granted in this court an appeal had been taken to the court of appeals from the order of the general term, and of course that appeal removed the cause from this court, so far as any action of the general term is concerned. It has been held that motions may be made at special term in actions which have been carried to the court of appeals, but we know of no authority for making any motion in the general term after such appeal. Our conclusion is that the motion should be denied, with $10 costs.